**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000796
08-APR-2025
08:19 AM
Dkt. 16 ODSD**

NO. CAAP-24-0000796

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING
ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS FOR AGENT SECURITIES INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2006-W1,
Plaintiff/Counterclaim Defendant-Appellee,
v.
KEONI KENNEDY MAIWELA,
Defendant/Counterclaimant-Appellee,
and
RUTH EVANGELINE MAIWELA,
Defendant/Counterclaimant-Appellant,
and
ARGNET MORTGAGE COMPANY, LLC; UNITED STATES OF AMERICA;
CITIBANK (SOUTH DAKOTA), N.A.;
STATE OF HAWAIʻI-DEPARTMENT OF TAXATION;
ENCHANTED LAKES RESIDENTS ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, and
DOE GOVERNMENTAL UNITS 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC141000370)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On March 12, 2025, the court ordered that within ten days from the order, self-represented Defendant-Appellant Ruth E. Maiwela (**Maiwela**) shall pay the appellate filing fee in the full amount to the Supreme Court Clerk's office. The court's

order cautioned Maiwela that failure to pay the filing fee may result in the appeal being dismissed.

(2) Maiwela was served with the March 12, 2025 order on the same date by electronic filing through JEFS. To date, Maiwela has not paid the filing fee nor taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 11(b)(2).

DATED: Honolulu, Hawaiʻi, April 8, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge